**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JUNE 30, 2015**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------

| | |
|---|---|
| WD76787 | James J. Mahone vs. State of Missouri |
| WD77354 | Tyler Toomay vs. State of Missouri |
| WD77397 | Alphonse D. Jackson vs. State of Missouri |
| WD77486 | Fulton Housing Authority vs. Alicia R. Dailey |
| WD77516 | Phillip D. Martin vs. State of Missouri |
| WD77907 | L.C.M. vs. Jerry Wayne Douglas |
| WD78204 | St. Joseph Medical Center vs. John and Leslie Humphrey |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
-------------------------------------------------------------

| | |
|---|---|
| WD77368 | State of Missouri vs. John M. Griffin |
| WD77415 | State of Missouri vs. Jeffery S. Coleman |
| WD77429 | State of Missouri vs. Keith Aaron Lancaster |